```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO.  09-20921-CIV-GRAHAM
                                    MAGISTRATE JUDGE P.A. WHITE
```

ARTHUR RUDICK,                  :

      Plaintiff,            :   REPORT RE DISMISSAL OF MOTION
                                        TO PROCEED ON APPEAL
v.                              :       CIVIL RIGHTS
                                           (DE#15)
DONOUGH, ET AL.,                :

      Defendants.           :
_____

    The pro-se plaintiff filed a civil rights complaint pursuant to 42 U.S.C. 1983. The petition was dismissed on May 29, 2009, pursuant to 28 U.S.C. 1915(g) as successive. The plaintiff filed a notice of appeal on July 27, 2009 (DE#15). The notice of appeal was referred to the Undersigned United States Magistrate Judge on September 11, 2009, as an application for certificate of appealability. (DE#20)

    The plaintiff filed simply a notice of appeal. The plaintiff does not need a certificate of appealability to appeal a civil rights case, brought under 42 U.S.C. §1983. See: Cummings v Baker, 130 Fed. Appx 446 (11 Cir. 2005) (not published), Moore v Pemberton, 110 F.3d 23 (7 Cir. 1997).

    The plaintiff proceeded directly to the Eleventh Circuit Court of Appeals. The Eleventh Circuit court of Appeals dismissed the appeal for lack of prosecution for failing to pay the required $455.00. Therefore this application is moot.

It is therefore recommended that this notice/motion (DE#15) be dismissed.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated this day of 16th September, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Arthur Rudick, Pro Se
   DC#395349
   Union Correctional Institution
   Address of Record