UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 09-20921-CIV-GRAHAM/WHITE

ARTHUR RUDICK,

    Plaintiff,

vs.

DONOUGH, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Plaintiff's Notice of Appeal, which this Court construes a Motion for Certificate of Appealability [D.E. 15].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White on September 10, 2009 [D.E. 20]. The Magistrate Judge issued a Report [D.E. 22] finding that the application is moot because the Eleventh Circuit Court of Appeals dismissed the appeal for lack of prosecution. Thus, the Magistrate Judge recommended that Plaintiff's motion be dismissed. Plaintiff has not filed objections to the Magistrate Judge's Report.

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report [D.E. 22] is **RATIFIED, AFFIRMED and APPROVED** in its

entirety.  It is further

**ORDERED AND ADJUDGED** that Plaintiff's Notice of Appeal [D.E. 15] is **DISMISSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of November, 2009.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge White
    Arthur Rudick, Pro Se
    All Counsel of Record